## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY SHERLEY, individually and on behalf of all others similarly situated,<br><br>v.<br><br>MUSKOGEE COUNTY EMS. | Case No: 23-CV-241-GLJ<br><br>Collective Action (29 U.S.C. § 216(b)) |

## COLLECTIVE ACTION COMPLAINT

### SUMMARY

1. Muskogee County EMS ("MCEMS") does not pay all the overtime pay owed to its Emergency Medical Technicians ("EMTs").

2. MCEMS pays its EMTs an hourly base plus shift differential pay.

3. When the EMTs work more than 40 hours in a workweek, MCEMS pays overtime on the hourly base.

4. MCEMS fails to include shift differential pay in the overtime rate calculation.

5. MCEMS's failure to include shift differential pay in the overtime rate calculation for EMTs like Jerry Sherley is a violation of the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*) ("FLSA").

6. Because MCEMS's payroll practice results in non-payment of overtime wages to Sherley and similarly situated workers, Sherley brings this collective action to recover unpaid overtime wages and other damages under the FLSA.

### JURISDICTION AND VENUE

7. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action involves a federal question under the FLSA. 29 U.S.C. § 216(b).

8.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), because a substantial part of the events giving rise to Sherley's claim occurred in this district.

## THE PARTIES

9.  MCEMS employed Sherley as an Emergency Medical Technician.

10. MCEMS is an emergency medical services provider.

11. MCEMS is operated by Muskogee County.

12. Muskogee County is a public agency within the meaning of the FLSA.

13. Sherley brings this action on behalf of himself and all other similarly situated Emergency Medical Technicians employed by ECMCS who were paid by the hour plus shift differential pay.

14. MCEMS ordinarily employs about 75 EMTs.

15. Sherley's written consent to be a party Sherley is attached as Exhibit 1.

16. Sherley seeks to represent a class of similarly situated workers under the FLSA pursuant to 29 U.S.C. § 216(b) that is defined as:

> **All EMTs employed by MCEMS who were paid by the hour plus shift differential pay and who worked more than 40 hours in a workweek during the last three years (the "Class Members").**

## FACTS

17. At all times hereinafter mentioned, MCEMS has been an employer within the meaning of section 3(d) of the FLSA, 29 U.S.C. § 203(d).

18. In 2020, Muskogee County received a Paycheck Protection Program ("PPP") loan of $1.47M and retained 137 jobs. *See* Muskogee County Ems in Muskogee, OK - SBA PPP Loan Data (Paycheck Protection Program) (federalpay.org).

19. At least $1.1M of the PPP loan covered MCEMS's payroll. *Id.*

20. At all times hereinafter mentioned, MCEMS has been an enterprise or part of an enterprise within the meaning of section 3(r) of the FLSA, 29 U.S.C. § 203(r).

21. At all relevant times, MCEMS has had employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person.

22. At all relevant times MCEMS has had employees that handle, sell, or work on phones, computers, radios, vehicles, medical equipment, and office supplies that were produced for interstate commerce or that traveled in interstate commerce.

23. At all relevant times, MCEMS, or the enterprise of which it is a part, had annual gross volume of sales made or business done of not less than the statutorily required $500,000 (exclusive of excise taxes at the retail level which are separately stated).

24. Sherley and the Class Members performed duties for MCEMS that were integral to its operations, including medical care and patient transportation.

25. Sherley has been employed by MCEMS since September 2018.

26. Sherley typically worked 50-60 hours per week.

27. MCEMS knew Sherley and the Class Members worked more than 40 hours in a week.

28. MCEMS knew Sherley and the Class Members' overtime rates should have been based on their base hourly rates of play plus shift differential pay.

29. MCEMS knew its shift differential pay is part of the EMTs normal, everyday compensation.

30. MCEMS knew, or showed reckless disregard for, whether the Class Members were entitled to overtime under the FLSA.

31. Nonetheless, MCEMS failed to pay Sherley and the Class Members overtime at the proper rates.

32. MCEMS willfully violated the FLSA.

## CAUSE OF ACTION

33. By failing to pay Sherley the Class Members overtime at one-and-one-half times their regular rates, MCEMS violated the FLSA's overtime provisions.

34. Because MCEMS knew, or showed reckless disregard for whether, its pay practice violated the FLSA, MCEMS owes these wages for the past three years.

35. MCEMS owes Sherley and the Class Members an amount equal to the unpaid overtime wages as liquidated damages.

36. Sherley and the Class Members are entitled to recover all reasonable attorneys' fees, costs, and expenses incurred in this action.

## RELIEF SOUGHT

37. WHEREFORE, Sherley seeks relief against MCEMS as follows:

    a. An Order designating this lawsuit as a collective action and permitting the issuance of a notice pursuant to 29 U.S.C. § 216(b) to all similarly situated individuals with instructions to permit them to assert timely FLSA claims in this action by filing individual Consents to Sue pursuant to 29 U.S.C. § 216(b);

    b. Judgment pursuant to Section 16(b) of the FLSA finding MCEMS liable for unpaid back wages due to Sherley and the FLSA Class Members and for liquidated damages equal in amount to their unpaid compensation;

    c. Judgment awarding attorneys' fees, costs and pre- and post-judgment interest; and

    d. All such other and further relief as may be necessary and appropriate.

- 5 -

Respectfully submitted,

By: **/s/ David I. Moulton**
 Richard J. (Rex) Burch
 Texas Bar No. 24001807
 David I. Moulton
 Texas Bar No. 24051093
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com
dmoulton@brucknerburch.com

**Attorneys for Sherley**